JOSEPH T. MCNALLY
Acting United States Attorney
DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division
COLIN S. SCOTT (Cal. Bar No. 318555)
AMANDA B. ELBOGEN (Cal. Bar No. 332505)
Assistant United States Attorneys
Terrorism and Export Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 393-3159
    Facsimile: (213) 894-2927
    E-mail:    colin.scott@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>      PLAINTIFF,<br><br>         v.<br><br>ZHENG ET AL.,<br><br>      DEFENDANT. | No. CR 24-00761-PA<br><br>NOTICE OF ASSIGNMENT |
|---|---|

    Plaintiff United States of America, by and through his counsel of record, the United States Attorney for the Central District of California, hereby advises the Court that the above-captioned case has been assigned to a new Assistant United States Attorney ("AUSA") as follows:

|  | Name | E-mail Address |
|---|---|---|
| Newly-Assigned AUSA | Colin S. Scott | Colin.scott@usdoj.gov |

Please make all necessary changes to the Court's Case Management/Electronic Case Filing system to ensure that the newly-

assigned AUSA's name is associated with this case as attorney of record for the Respondent and that the newly-assigned AUSA receives all emails relating to filings in this case.

Dated: January 27, 2025

Respectfully submitted,

JOSEPH T. MCNALLY
Acting United States Attorney

DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division

/s/ Colin Scott
COLIN S. SCOTT
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA