1  JOSEPH T. MCNALLY
   Acting United States Attorney
2  DAVID T. RYAN
   Assistant United States Attorney
3  Chief, National Security Division
   COLIN S. SCOTT (Cal. Bar No. 318555)
4  AMANDA B. ELBOGEN (Cal. Bar No. 332505)
   Assistant United States Attorney
5  Terrorism and Export Crimes Section
        1200 United States Courthouse
6       312 North Spring Street
        Los Angeles, California 90012
7       Telephone: (213) 894-3159/5748
        Facsimile: (213) 894-0141
8       E-mail:    colin.scott@usdoj.gov

9  Attorneys for Plaintiff
   UNITED STATES OF AMERICA

10
                    UNITED STATES DISTRICT COURT
11
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
12

| UNITED STATES OF AMERICA, | No. 24-CR-00761 |
|---|---|
| Plaintiff, | STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| Zheng et al., | |
| Defendant. | **CURRENT TRIAL DATE:**   March 18, 2025 (Defendants Wang, Liu, Lin, Hoffman, Rosales, Gomez, and Liufu,) March 25, 2025 (Andy Estuardo Castillo Perez) |
| | **PROPOSED TRIAL DATE:**   December 8, 2025 |

23     Plaintiff United States of America, by and through its counsel

24  of record, the Acting United States Attorney for the Central District

25  of California and Assistant United States Attorneys Colin S. Scott

26  and Amanda B. Elbogen, and defendants Hexi Wang (#2), Jin Liu (#3),

27  Dong Lin (#4), Daniel Acosta Hoffman (#5), Jesse James Rosales (#6),

28  Andy Estuardo Castillo Perez (#7), Marck Anthony Gomez (#8), and

1   Galvin Biao Liufu (#9) ("defendants"), both individually and by and

2   through their counsel of record hereby stipulate as follows:

3       1.    The Indictment in this case was made public on January 24,

4   2025.  Defendants Hexi Wang (#2), Jin Liu (#3), Dong Lin (#4), Daniel

5   Acosta Hoffman (#5), Jesse James Rosales (#6), Marck Anthony Gomez

6   (#8), and Galvin Biao Liufu (#9) first appeared before a judicial

7   officer of the court in which the charges in this case were pending

8   on January 24, 2025.  The Speedy Trial Act, 18 U.S.C. § 3161,

9   originally required that the trial commence on or before April 4,

10  2025.

11      2.    Defendant Andy Estuardo Castillo Perez (#7) first appeared

12  before a judicial officer of the court in which the charges case were

13  pending on January 29, 2025.  The Speedy Trial Act, 18 U.S.C. § 3161,

14  originally required that the trial commence on or before April 9,

15  2025.

16      3.    Defendant Weijun Zheng is a fugitive.

17      4.    On January 24, 2025, the Court set a trial date of March

18  18, 2025 for Hexi Wang (#2), Jin Liu (#3), Dong Lin (#4), Daniel

19  Acosta Hoffman (#5), Jesse James Rosales (#6), Marck Anthony Gomez

20  (#8), and Galvin Biao Liufu (#9).

21      5.    On January 29, 2025, the Court set a trial date of March

22  25, 2025 for Andy Estuardo Castillo Perez (#7).

23      6.    Defendants Hexi Wang (#2), Jin Liu (#3), Dong Lin (#4),

24  Daniel Acosta Hoffman (#5), Jesse James Rosales (#6), Andy Estuardo

25  Castillo Perez (#7), Marck Anthony Gomez (#8), and Galvin Biao Liufu

26  (#9) are released on bond.  The parties estimate that the trial in

27  this matter will last approximately fourteen days.  All defendants

28  are joined for trial and a severance has not been granted.

1      7.    By this stipulation, defendants move to continue the trial

2 date to December 8, 2025.   This is the first request for a

3 continuance.

4      8.    Defendant requests the continuance based upon the following

5 facts, which the parties believe demonstrate good cause to support

6 the appropriate findings under the Speedy Trial Act:

7           a.    Defendants Hexi Wang (#2), Daniel Acosta Hoffman (#5),

8 Jesse James Rosales (#6), Andy Estuardo Castillo Perez (#7), and

9 Marck Anthony Gomez (#8) are charged with a violation of 18 U.S.C. §

10 371: Conspiracy; 18 U.S.C. § 549: Breaking Custom Seals; and 18

11 U.S.C. § 545: Smuggling.   Defendants Jin Liu (#3) and Dong Lin (#4)

12 are charged with a violation of 18 U.S.C. § 371: Conspiracy.

13 Discovery in this complex case is voluminous.   The government is

14 negotiating the entry of a protective orders with defendants in this

15 case for the provision of discovery to defendants.   This data

16 includes approximately over 4,000 files, which includes investigatory

17 reports, search warrants, and as well as audio and video files.   The

18 government has made discovery available to all defense counsel for

19 inspection, and is currently working to transfer the voluminous

20 discovery to the defendants that have agreed to the Court's

21 protective order in this case.

22           b.    Due to the nature of the prosecution and the number of

23 defendants including the charges in the indictment and the voluminous

24 discovery produced to defendants, this case is so unusual and so

25 complex that it is unreasonable to expect adequate preparation for

26 pretrial proceedings or for the trial itself within the Speedy Trial

27 Act time limits.

28

1    c.    Defense counsel represent that they have various

2  substantive obligations between now and the current trial date, which

3  necessitate the continuance of the trial to December 8, 2025.  The

4  list of obligations for defense counsel is attached hereto as

5  Appendix A and is incorporated as if fully set forth herein.

6    d.    In light of the foregoing, counsel for defendants also

7  represent that additional time is necessary to confer with

8  defendants, conduct and complete an independent investigation of the

9  case, conduct and complete additional legal research including for

10  potential pre-trial motions, review the discovery and potential

11  evidence in the case, and prepare for trial in the event that a

12  pretrial resolution does not occur.  Defense counsel represent that

13  failure to grant the continuance would deny them reasonable time

14  necessary for effective preparation, taking into account the exercise

15  of due diligence.

16    e.    Defendants believe that failure to grant the

17  continuance will deny them continuity of counsel and adequate

18  representation.

19    f.    The government does not object to the continuance.

20    g.    The requested continuance is not based on congestion

21  of the Court's calendar, lack of diligent preparation on the part of

22  the attorney for the government or the defense, or failure on the

23  part of the attorney for the Government to obtain available

24  witnesses.

25    9.    For purposes of computing the date under the Speedy Trial

26  Act by which Defendants Hexi Wang (#2), Jin Liu (#3), Dong Lin (#4),

27  Daniel Acosta Hoffman (#5), Jesse James Rosales (#6), Marck Anthony

28  Gomez (#8), and Galvin Biao Liufu (#9) trial must commence, the

4

1    parties agree that the time period of March 18, 2025 to December 8,

2    2025, inclusive, should be excluded pursuant to 18 U.S.C.

3    §§ 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii) and (h)(7)(B)(iv)

4    because the delay results from a continuance granted by the Court at

5    defendant's request, without government objection, on the basis of

6    the Court's finding that: (i) the ends of justice served by the

7    continuance outweigh the best interest of the public and defendant in

8    a speedy trial; (ii) failure to grant the continuance would be likely

9    to make a continuation of the proceeding impossible, or result in a

10    miscarriage of justice; (iii) the case is so unusual and so complex,

11    due to the nature of the prosecution and the number of defendants,

12    that it is unreasonable to expect preparation for pre-trial

13    proceedings or for the trial itself within the time limits

14    established by the Speedy Trial Act; and (iv) failure to grant the

15    continuance would unreasonably deny defendant continuity of counsel

16    and would deny defense counsel the reasonable time necessary for

17    effective preparation, taking into account the exercise of due

18    diligence.

19         10.   For purposes of computing the date under the Speedy Trial

20    Act by which Defendant Andy Estuardo Castillo Perez (#7) trial must

21    commence, the parties agree that the time period of March 25, 2025 to

22    December 8, 2025, inclusive, should be excluded pursuant to 18 U.S.C.

23    §§ 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii) and (h)(7)(B)(iv)

24    because the delay results from a continuance granted by the Court at

25    defendant's request, without government objection, on the basis of

26    the Court's finding that: (i) the ends of justice served by the

27    continuance outweigh the best interest of the public and defendant in

28    a speedy trial; (ii) failure to grant the continuance would be likely

1  to make a continuation of the proceeding impossible, or result in a

2  miscarriage of justice; (iii) the case is so unusual and so complex,

3  due to the nature of the prosecution and the number of defendants,

4  that it is unreasonable to expect preparation for pre-trial

5  proceedings or for the trial itself within the time limits

6  established by the Speedy Trial Act; and (iv) failure to grant the

7  continuance would unreasonably deny defendant continuity of counsel

8  and would deny defense counsel the reasonable time necessary for

9  effective preparation, taking into account the exercise of due

10 diligence.

11      11.  Nothing in this stipulation shall preclude a finding that

12 other provisions of the Speedy Trial Act dictate that additional time

13 periods be excluded from the period within which trial must commence.

14 Moreover, the same provisions and/or other provisions of the Speedy

15 Trial Act may in the future authorize the exclusion of additional

16 time periods from the period within which trial must commence.

17      IT IS SO STIPULATED.

18  Dated: February 14, 2025          Respectfully submitted,

19                                    JOSEPH T. MCNALLY
                                      Acting United States Attorney
20
                                      DAVID T. RYAN
21                                    Assistant United States Attorney
                                      Chief, National Security Division
22

23                                          /s/
                                      COLIN S. SCOTT
24                                    AMANDA B. ELBOGEN
                                      Assistant United States Attorney
25
                                      Attorneys for Plaintiff
26                                    UNITED STATES OF AMERICA

27

28

                                      6

1       I am Hexi Wang's attorney.  I have carefully discussed every

2   part of this stipulation and the continuance of the trial date with

3   my client. I have fully informed my client of his Speedy Trial

4   rights.  To my knowledge, my client understands those rights and

5   agrees to waive them.  I believe that my client's decision to give up

6   the right to be brought to trial earlier than March 18, 2025 is an

7   informed and voluntary one.

8   _____          _____

9   ADAM H. BRAUN                                    Date
    Attorney for Defendant

10  Hexi Wang

11

12      I have read this stipulation and have carefully discussed it

13  with my attorney. I understand my Speedy Trial rights.  I voluntarily

14  agree to the continuance of the trial date, and give up my right to

15  be brought to trial earlier than March 18, 2025. I understand that I

16  will be ordered to appear in Courtroom 9A of the Federal Courthouse,

17  350 W. 1st Street, Los Angeles, California on December 8, 2025 at

18  8:30 a.m.

19  _____          _____

20  Hexi Wang                                        Date
    Defendant

21

22

23

24

25

26

27

28

7

1    I am Jin Liu's attorney.  I have carefully discussed every part

2    of this stipulation and the continuance of the trial date with my

3    client. I have fully informed my client of his Speedy Trial rights.

4    To my knowledge, my client understands those rights and agrees to

5    waive them.  I believe that my client's decision to give up the right

6    to be brought to trial earlier than March 18, 2025 is an informed and

7    voluntary one.

8    _____        2/13/2025
                                         Date
9    ROBERT C. HSU
     Attorney for Defendant
10   Jin Liu

11

12   I have read this stipulation and have carefully discussed it

13   with my attorney.  This agreement has been read to me in Mandarin,

14   the language I understand best, and I have carefully discussed every

15   part of it with my attorney.  I understand my Speedy Trial rights.  I

16   voluntarily agree to the continuance of the trial date, and give up

17   my right to be brought to trial earlier than March 18, 2025.  I

18   understand that I will be ordered to appear in Courtroom 9A of the

19   Federal Courthouse, 350 W. 1st Street, Los Angeles, California on

20   December 8, 2025 at 8:30 a.m.

21   _____        2-13-2025
                                         Date
22   JIN LIU
     Defendant

23

24

25

26

27

28

8

1          **CERTIFICATION OF INTERPRETER**

2    I, P~~~ H~ am fluent in the written and spoken English and

3    Mandarin languages.  I accurately translated this entire agreement

4    from English into Mandarin to defendant Liu on this date.

5

6    _____        2/13/2025
                                              Date
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    9

1    I am Dong Lin's attorney.  I have carefully discussed every part

2 of this stipulation and the continuance of the trial date with my

3 client. I have fully informed my client of his Speedy Trial rights.

4 To my knowledge, my client understands those rights and agrees to

5 waive them.  I believe that my client's decision to give up the right

6 to be brought to trial earlier than March 18, 2025 is an informed and

7 voluntary one.

8

9 _____          __2-12-25_____
ROBERT DARREN CORNFORTH                      Date
Attorney for Defendant
10 DONG LIN

11

12    I have read this stipulation and have carefully discussed it

13 with my attorney.  This agreement has been read to me in Mandarin,

14 the language I understand best, and I have carefully discussed every

15 part of it with my attorney.  I understand my Speedy Trial rights.  I

16 voluntarily agree to the continuance of the trial date, and give up

17 my right to be brought to trial earlier than March 18, 2025.  I

18 understand that I will be ordered to appear in Courtroom 9A of the

19 Federal Courthouse, 350 W. 1st Street, Los Angeles, California on

20 December 8, 2025 at 8:30 a.m.

21 _____          __2/12/2025_____

22 DONG LIN                                    Date
Defendant

23

24

25

26

27

28

10

1                        CERTIFICATION OF INTERPRETER

2       I, Simon Yau, am fluent in the written and spoken English and

3  Mandarin languages.   I accurately translated this entire agreement

4  from English into Mandarin to defendant Lin on this date.

5  _____          2/12/2025
                                                 _____
6                                                Date

11

1    I am Daniel Acosta Hoffman's attorney.  I have carefully

2  discussed every part of this stipulation and the continuance of the

3  trial date with my client. I have fully informed my client of his

4  Speedy Trial rights.  To my knowledge, my client understands those

5  rights and agrees to waive them.  I believe that my client's decision

6  to give up the right to be brought to trial earlier than March 18,

7  2025 is an informed and voluntary one.

8  _____        February 12, 2025
                                            _____
   RICHARD W. RAYNOR                        Date
9  Attorney for Defendant
   Daniel Acosta Hoffman

10

11

12    I have read this stipulation and have carefully discussed it

13  with my attorney. I understand my Speedy Trial rights.  I voluntarily

14  agree to the continuance of the trial date, and give up my right to

15  be brought to trial earlier than March 18, 2025.  I understand that I

16  will be ordered to appear in Courtroom 9A of the Federal Courthouse,

17  350 W. 1st Street, Los Angeles, California on December 8, 2025 at

18  8:30 a.m.

19  _Daniel Acosta Hoffman_                 02/12/25
   Daniel Acosta Hoffman (Feb 12, 2025 19:41 PST)    _____
20  Daniel Acosta Hoffman                   Date
   Defendant

21

22

23

24

25

26

27

28

1     I am Jesse James Rosales's attorney.  I have carefully discussed

2 every part of this stipulation and the continuance of the trial date

3 with my client. I have fully informed my client of his Speedy Trial

4 rights.  To my knowledge, my client understands those rights and

5 agrees to waive them.  I believe that my client's decision to give up

6 the right to be brought to trial earlier than March 18, 2025 is an

7 informed and voluntary one.

8 _____          February 7, 2025
                                        _____
9 IAN MICHAEL WALLACH                   Date
  Attorney for Defendant
10 Jesse James Rosales

11

12     I have read this stipulation and have carefully discussed it

13 with my attorney. I understand my Speedy Trial rights.  I voluntarily

14 agree to the continuance of the trial date, and give up my right to

15 be brought to trial earlier than March 18, 2025.  I understand that I

16 will be ordered to appear in Courtroom 9A of the Federal Courthouse,

17 350 W. 1st Street, Los Angeles, California on December 8, 2025 at

18 8:30 a.m.

19 _____          2/7/25
                                        _____
20 Jesse James Rosales                  Date
   Defendant

21

22

23

24

25

26

27

28

1      I am Andy Estuardo Castillo Perez's attorney.  I have carefully

2 discussed every part of this stipulation and the continuance of the

3 trial date with my client. I have fully informed my client of his

4 Speedy Trial rights.  To my knowledge, my client understands those

5 rights and agrees to waive them.  I believe that my client's decision

6 to give up the right to be brought to trial earlier than March 25,

7 2025 is an informed and voluntary one.

8   *Katherine C. McBroom*         02/13/25

9 KATHERINE McBroom              Date
   Attorney for Defendant

10 ANDY ESTUARDO CASTILLO PEREZ

11

12      I have read this stipulation and have carefully discussed it

13 with my attorney.  This agreement has been read to me in Spanish, the

14 language I understand best, and I have carefully discussed every part

15 of it with my attorney.  I understand my Speedy Trial rights.  I

16 voluntarily agree to the continuance of the trial date, and give up

17 my right to be brought to trial earlier than March 25, 2025.  I

18 understand that I will be ordered to appear in Courtroom 9A of the

19 Federal Courthouse, 350 W. 1st Street, Los Angeles, California on

20 December 8, 2025 at 8:30 a.m.

21 Andy Castillo (Feb 13, 2025 20:05 PST)      **02/13/2025**

22 ANDY ESTUARDO CASTILLO PEREZ     Date
   Defendant

23

24

25

26

27

28

## CERTIFICATION OF INTERPRETER

I, Monica Desiderio, am fluent in the written and spoken English and Spanish languages. I accurately translated this entire agreement from English into Spanish to defendant Castillo Perez on this date.

_Monica Desiderio_                                    02/13/2025
                                                      Date

15

1    I am Marck Anthony Gomez's attorney.  I have carefully discussed

2  every part of this stipulation and the continuance of the trial date

3  with my client. I have fully informed my client of his Speedy Trial

4  rights.  To my knowledge, my client understands those rights and

5  agrees to waive them.  I believe that my client's decision to give up

6  the right to be brought to trial earlier than March 18, 2025 is an

7  informed and voluntary one.

8

9  _Julia Deixler_                          2/12/25
   Julia Deixler                           Date
   Attorney for Defendant
10 Marck Anthony Gomez

11

12    I have read this stipulation and have carefully discussed it

13 with my attorney. I understand my Speedy Trial rights.  I voluntarily

14 agree to the continuance of the trial date, and give up my right to

15 be brought to trial earlier than March 18, 2025.  I understand that I

16 will be ordered to appear in Courtroom 9A of the Federal Courthouse,

17 350 W. 1st Street, Los Angeles, California on December 8, 2025 at

18 8:30 a.m.

19

20 _____              02/12/2025
   Marck Anthony Gomez                     Date
   Defendant
21

22

23

24

25

26

27

28

16

1    I am Galvin Biao Liufu's attorney. I have carefully discussed

2    every part of this stipulation and the continuance of the trial date

3    with my client. I have fully informed my client of his Speedy Trial

4    rights. To my knowledge, my client understands those rights and

5    agrees to waive them. I believe that my client's decision to give up

6    the right to be brought to trial earlier than March 18, 2025 is an

7    informed and voluntary one.

8                                                    2/12/25

9    Curtis V. Leftwich                              Date
     Attorney for Defendant

10   Galvin Biao Liufu

11

12   I have read this stipulation and have carefully discussed it

13   with my attorney. This agreement has been read to me in Mandarin,

14   the language I understand best, and I have carefully discussed every

15   part of it with my attorney. I understand my Speedy Trial rights. I

16   voluntarily agree to the continuance of the trial date, and give up

17   my right to be brought to trial earlier than March 18, 2025. I

18   understand that I will be ordered to appear in Courtroom 9A of the

19   Federal Courthouse, 350 W. 1st Street, Los Angeles, California on

20   December 8, 2025 at 8:30 a.m.

21                                                   02/12/2025

22   Galvin Biao Liufu                               Date
     Defendant

23

24

25

26

27

28

17