*United States Probation & Pretrial Services*

United States District Court
Central District of California



Brian D. Karth
District Court Executive / Clerk of Court

Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer



FILED
CLERK, U.S. DISTRICT COURT

1/27/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: MMC   DEPUTY

PACTS No: 9560973

**Passport Receipt**

Defendant Name: Galvin Biao Liufu

Name on passport, if different: Fubiao Liu

Country of Origin: People's Republic of China

Passport Number: ███

Date passport issued: 06/22/11

Expiration date of passport: 06/21/21

Ordered by court in the Central District of California

Docket Number: **0973 2:24CR00761-9**

U.S. Probation & Pretrial Services
Roybal

| | |
|---|---|
| YinYin Liu | 01/27/25 |
| Surrendered By | Date |
| Lilia Flores | 01/27/25 |
| Received By | Date |
| | |
| Returned To | Date |
| | |
| Surrendered By | Date |

Purpose Returned

Address (if mailed)